IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROSA LIZZAT GAITAN,<br>Defendant. | CASE NO. 5:26-MJ-00031-CDB<br>ORDER UNSEALING COMPLAINT |

Based on the defendant's arrest and appearance in court, the court finds that there is no longer a need to keep the complaint under seal. IT IS HEREBY ORDERED that the complaint in this case pertaining to defendant ROSA LIZZAT GAITAN be UNSEALED.

IT IS SO ORDERED.

Dated: **September 18, 2026**

UNITED STATES MAGISTRATE JUDGE